UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-34 RM |
| ) | |
| JOSE FLORES ) | |

### ORDER

The court having reviewed Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued June 13, 2007 [Doc. No. 29], and no objections having been filed, now ADOPTS those findings and recommendations.  The court accepts the defendant's plea and finds the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. 841(a)(1).

SO ORDERED.

ENTERED:   August 22, 2007

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana